FILED
2017 Dec-27 PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **MARIAN SNOW,** | ) |
| Plaintiff, | ) ) ) **CASE NO. 7:17-cv-01961-LSC** |
| v. | ) ) |
| **GENERAL ELECTRIC COMPANY, DELL TECHNOLOGIES, DELL, INC., and DELL EMC,** | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Adam P. Plant of Battle & Winn LLP gives notice of his appearance in this action as local counsel for Defendants Dell Technologies, Dell Inc., and Dell EMC. Please send copies of all correspondence, pleadings, orders and notices to the attention of the undersigned.

Respectfully submitted,

*/s/ Adam P. Plant*
Adam P. Plant
**BATTLE & WINN LLP**
2901 2nd Avenue South, Suite 220
Birmingham, AL 35233
Phone: (205) 397-8160
Fax: (205) 397-8179
Email: aplant@battlewinn.com

*Counsel for Dell Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the all parties and counsel registered for service with that system.

This 27th day of December, 2017.

>  */s/ Adam P. Plant*
> Adam P. Plant
> **BATTLE & WINN LLP**
> 2901 2nd Avenue South, Suite 220
> Birmingham, AL 35233
> Phone: (205) 397-8160
> Fax: (205) 397-8179
> Email: aplant@battlewinn.com
>
> *Counsel for Dell Defendants*