# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARIAN SNOW,** ) | |
| ) | |
| Plaintiff, ) | CASE NO. 7:17-cv-01961-LSC |
| ) | |
| v. ) | |
| ) | |
| **GENERAL ELECTRIC** ) | |
| **COMPANY, DELL** ) | |
| **TECHNOLOGIES, DELL, INC.,** ) | |
| **and DELL EMC,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Dell Technologies, Dell Inc., and Dell EMC (collectively "Dell") move for an extension of the time in which they must plead, move, or otherwise respond to the Complaint filed by Plaintiff Marian Snow ("Plaintiff"). Plaintiff has consented to the relief sought in this motion.

The grounds for this motion are as follows:

1. Plaintiff filed the First Amended Complaint on December 6, 2017. Dkt. No. 4.

2. Service was executed on Dell Inc. on December 8, 2017, and on Dell Technologies December 11, 2017. Dkt. Nos. 6, 9.

3. Defendant Dell Inc.'s answer is due on December 29, 2017. Defendant Dell Technologies' answer is due on January 1, 2018.

5. The Complaint raises complex factual and legal issues and will require additional time for Dell to prepare and serve its response. Dell therefore respectfully seeks an extension of time in which it must plead, move, or otherwise respond to the Complaint to January 19, 2018. The new date would be applicable for all Dell defendants to respond to the complaint. No previous extensions of time have been sought or granted.

5. Counsel for Dell has conferred with Plaintiff, and Plaintiff has agreed to the requested extension.

6. For the foregoing reasons, Dell respectfully requests that this Consent Motion be granted.

**Dated: December 27, 2017**          Respectfully submitted,

*/s/ Derin Dickerson*
Derin B. Dickerson
(*Pro hac vice* application forthcoming)
Cassie Johnson
(*Pro hac vice* application forthcoming)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
derin.dickerson@alston.com

*/s/ Adam P. Plant*
Adam P. Plant
**BATTLE & WINN LLP**
2901 2nd Avenue South, Suite 220
Birmingham, AL 35233
Phone: (205) 397-8160
Fax: (205) 397-8179
Email: aplant@battlewinn.com

*Counsel for Dell Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the Plaintiff.

This 27th day of December, 2017.

/s/ Derin B. Dickerson
Derin B. Dickerson
(*pro hac vice application forthcoming*)
Cassie Johnson
(*pro hac vice application forthcoming*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
derin.dickerson@alston.com

/s/ Adam P. Plant
Adam P. Plant
**BATTLE & WINN LLP**
2901 2nd Avenue South, Suite 220
Birmingham, AL 35233
Phone: (205) 397-8160
Fax: (205) 397-8179
Email: aplant@battlewinn.com

*Counsel for Dell Defendants*