FILED
2018 Jan-31 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7:17-cv-01961-LSC |
| ) | |
| GENERAL ELECTRIC ) | |
| COMPANY, *ET AL*. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before this Court is Defendant General Electric Company's Motion to Dismiss (doc. 25) and Defendants', Dell Technologies Inc., Dell Inc., and Dell EMC (collectively "Dell Defendants"), Motion to Dismiss. (Doc. 26.) Plaintiff has fifteen (15) days from the date of this Order to respond to the Motions. Plaintiff's response shall not exceed twenty (20) double-spaced pages. Defendants will thereafter have ten (10) days to file a reply, not to exceed ten (10) double-spaced pages. The type size for all submissions must be at least 14 points, except that footnotes may be in 12-point type. After the briefing period has expired, the

Court will take Defendants' motions under consideration without further notice to the parties.

    **DONE** and **ORDERED** on January 31, 2018.

                                       L. Scott Coogler
                               United States District Judge

190685