# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7:17-cv-01961-LSC |
| ) | |
| GENERAL ELECTRIC ) | |
| COMPANY, *ET AL.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before this Court is Defendants' Joint Motion to Stay Discovery. The Motion is temporarily GRANTED pending resolution of the Defendants' Motions to Dismiss. (Docs. 25 & 26.)

**DONE** and **ORDERED** on January 31, 2018.



L. Scott Coogler
United States District Judge

190685