# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARIAN SNOW,** | } |
| Plaintiff, | } |
| vs. | } Case No.: 7:17-CV-01961-LSC |
| **GENERAL ELECTRIC COMPANY, et al.,** | } |
| Defendants. | } |

## DEFENDANT GENERAL ELECTRIC COMPANY'S
## REPLY IN SUPPORT OF ITS MOTION TO DISMISS

In reply to Plaintiff Marian Snow's Abbreviated Response in Opposition to Defendant General Electric Company's ("GE") Motion to Dismiss [Doc. #37], GE adopts its prior arguments in its Reply in Support of its Motion to Dismiss [Doc. #36], filed on February 12, 2018.

Respectfully Submitted,

Dated: February 22, 2018

*/s/ Wesley B. Gilchrist*
One of the Attorneys for GE

OF COUNSEL:
Wesley B. Gilchrist
*wgilchrist@lightfootlaw.com*
Brooke G. Malcom
*bmalcom@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone:  (205) 581-0700
Facsimile:   (205) 581-0799

## CERTIFICATE OF SERVICE

On this 22nd day of February, 2018, I certify that a copy of the foregoing was served on the following through this Court's electronic filing system:

| | |
|---|---|
| Derin B. Dickerson | Adam P. Plant |
| Cassie Johnson | Battle & Winn, LLP |
| Alston & Bird, LLP | 2901 2nd Avenue South, Suite 220 |
| 1201 West Peachtree Street | Birmingham, Alabama 35233 |
| Atlanta, Georgia 30309 | |

I further certify that a copy of the foregoing was served on the following through U.S. mail, postage prepaid:

Marian Snow
4336 Ridgewood Road
Tuscaloosa, Alabama 35404

                                                    */s/ Wesley B. Gilchrist*
                                                    Of Counsel