FILED

2018 Aug-03  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| MARIAN SNOW | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 7:17-cv-01961-LSC |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | |
| DELL TECHNOLOGIES, DELL | ) | |
| INC., DELL EMC, *ET. AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the Memorandum of Opinion entered contemporaneously herewith, **Defendants'** motions (docs. 25 & 26) are due to be granted in part and denied in part.  The Court finds that neither Defendant General Electric Company ("GE") nor Dell Technologies, Dell, Inc., and Dell EMC ("the Dell defendants") can be made to defend this case in Alabama and the Northern District of Alabama is not the proper venue for this action. Plaintiff is DIRECTED to file a motion to transfer this action to the Eastern District of North Carolina pursuant to 28 U.S.C. § 1406(a) within fifteen (15) days of the entry of this Order. If Plaintiff does not file such a motion to transfer within the time period stated, the Court will DISMISS this action without prejudice.

DONE and ORDERED on August 3, 2018.

L. Scott Coogler
United States District Judge

190685